United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04196-MJC |
| Nathan D. Ulrey | Chapter 13 |
| Lisa D. Geiling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Nov 29, 2023 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathan D. Ulrey, Lisa D. Geiling, 109 S. Lockwillow Avenue, Harrisburg, PA 17112-3047 |
| 5115774 | + | ENT - Facial Plastic Surgery, 115 Bryce Road, Camp Hill, PA 17011-1303 |
| 5115775 | + | Holy Spirit EMS, 205 Grandview Avenue, Suite 211, Camp Hill, PA 17011-1708 |
| 5500309 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5500310 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5117851 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5563055 | + | Lakeview Loan Servicing, LLC, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 5115780 | + | Lower Paxton Township Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-3053 |
| 5115782 | + | MSHMC Physicians Group, 35 Hope Drive, No. 102, Hershey, PA 17033-2008 |
| 5115787 | + | PHEAA, PO Box 61017, Harrisburg, PA 17106-1017 |
| 5115784 | + | Patient First, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |
| 5115785 | + | Paxton Family Dental, 5690 Allentown Blvd., #100, Harrisburg, PA 17112-4052 |
| 5115786 | | Penn State Hershey Medical Center, PO Box 854, Hershey, PA 17033-0854 |
| 5115788 | + | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 5115793 | + | Safeco Insurance, PO Box 10001, Manchester, NH 03108-1001 |
| 5115795 | + | The McShane Firm, LLC, 3601 Vartan Way, Harrisburg, PA 17110-9440 |
| 5115798 | + | West Shore Anesthesia, 503 North 21st Street, Camp Hill, PA 17011-2204 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5115765 | | Email/Text: Bankruptcy@BAMcollections.com | Nov 29 2023 18:42:00 | Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5115766 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 29 2023 18:42:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5115767 | + | Email/Text: bankruptcy@cavps.com | Nov 29 2023 18:42:00 | Calvalry Portfolio Services, 500 Summit Lake Drive, STE 4A, Valhalla, NY 10595-2323 |
| 5127891 | | EDI: CAPITALONE.COM | Nov 29 2023 23:41:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5115768 | + | EDI: CAPITALONE.COM | Nov 29 2023 23:41:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5115769 | + | EDI: CAPITALONE.COM | Nov 29 2023 23:41:00 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 5116841 | + | Email/Text: bankruptcy@cavps.com | Nov 29 2023 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 5115770 | | EDI: COMCASTCBLCENT | Nov 29 2023 23:41:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 5115771 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 29 2023 18:42:00 | Commercial Acceptance Co., 2300 Gettysburg Road #102, Camp Hill, PA 17011-7303 |
| 5453883 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 18:42:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5453882 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2023 18:42:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5115773 | + | EDI: DCI.COM | Nov 29 2023 23:41:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 5193395 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 29 2023 18:42:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5193396 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 29 2023 18:42:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5115776 | + | EDI: HFC.COM | Nov 29 2023 23:41:00 | HSBC Bank Nevada, 1111b Town Center Drive, Las Vegas, NV 89144-6364 |
| 5115777 | | EDI: IRS.COM | Nov 29 2023 23:41:00 | Internal Revenue Service, Certeralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5115778 | + | Email/Text: support@ljross.com | Nov 29 2023 18:42:00 | L J Ross Associates, 4 Universal Way, Jackson, MI 49202-1455 |
| 5124402 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 18:55:42 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5140249 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 29 2023 18:42:00 | LakeView Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5115779 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 29 2023 18:42:00 | LoanCare, LLC, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 5139627 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 18:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5115781 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 18:42:00 | Midlandland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5115783 | + | Email/Text: Bankruptcies@nragroup.com | Nov 29 2023 18:42:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5121292 | + | Email/Text: bncnotifications@pheaa.org | Nov 29 2023 18:42:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 5140248 | | EDI: PRA.COM | Nov 29 2023 23:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5115789 | ^ | MEBN | Nov 29 2023 18:36:21 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5116290 | + | EDI: RECOVERYCORP.COM | Nov 29 2023 23:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5115791 | | Email/Text: bankruptcynotices@psecu.com | Nov 29 2023 18:42:00 | PSECU, Box 67013, Harrisburg, PA 17106-7013 |
| 5115790 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 29 2023 18:42:00 | Progressive Insurance, 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 5115792 | + | Email/Text: joey@rmscollect.com | Nov 29 2023 18:42:00 | Receivables Management Systems, 1807 Hugenot |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 118, Midlothian, VA 23113-5604 |
| 5140282 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 18:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5115794 | + | Email/Text: Bankruptcy@TekCollect.com | Nov 29 2023 18:42:00 | Tek Collect, PO Box 1269, Columbus, OH 43216-1269 |
| 5115796 | ^ | MEBN | Nov 29 2023 18:36:11 | The Receivable Management Services, 240 Emery St., Bethlehem, PA 18015-1980 |
| 5115797 | + | EDI: VERIZONCOMB.COM | Nov 29 2023 23:41:00 | Verizon, 500 Technology Dr. Suite 300, Weldon Spring, MO 63304-2225 |
| 5136470 | | EDI: AIS.COM | Nov 29 2023 23:41:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |
| 5511409 | | Lakeview Loan Servicing, LLC |
| cr | *+ | Lower Paxton Township Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-3053 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5150099 | *+ | Lower Paxton Township Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-3053 |
| 5137690 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5115772 | ##+ | Community Life Team EMS, 1000 Paxton Street, Harrisburg, PA 17104-1644 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor LakeView Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Dorothy L Mott | on behalf of Debtor 2 Lisa D. Geiling DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |

| | |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Nathan D. Ulrey DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| ECMC | djwilcoxson@ecmc.org |
| Joseph R. Baranko, Jr. | on behalf of Creditor Lower Paxton Township Authority josephb@slusserlawfirm.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Lisa D. Geiling karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 Nathan D. Ulrey karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing  LLC ldoyle@squirelaw.com, LOGSECF@logs.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com |
| Raymond M Kempinski | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net |
| Scott F Waterman | AMEngle@ReadingCh13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Nathan D. Ulrey | Social Security number or ITIN: xxx–xx–6020 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Lisa D. Geiling | Social Security number or ITIN: xxx–xx–2773 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18-bk-04196-MJC | | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nathan D. Ulrey

Lisa D. Geiling
aka Lisa D. Ulrey

11/29/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**