**Fill in this information to identify the case:**

Debtor 1    Nathan D. Ulrey

Debtor 2    Lisa D. Geiling
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   18-04196 MJC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing LLC

**Court claim no.** (if known): 10-3

**Last 4 digits** of any number you use to identify the debtor's account: 6354

**Property address:**
109 South Lockwillow Avenue
Harrisburg, PA 17112

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ _____
c. **Total.** Add lines a and b.    (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor(s) | Nathan D. Ulrey and Lisa D. Geiling | | | Case Number (if known): 18-04196 MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*
Michael Farrington
12 Dec 2023, 14:13:54, EST

Date 12/12/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R     Response to Notice of Final Cure Payment     page 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nathan D. Ulrey<br>Lisa D. Geiling a/k/a Lisa D. Ulrey<br><br>      Debtor(s)<br><br>Lakeview Loan Servicing LLC<br>      Movant<br>  vs.<br><br>Nathan D. Ulrey<br>Lisa D. Geiling a/k/a Lisa D. Ulrey<br>      Debtor(s)<br><br>Scott F. Waterman,<br>      Trustee | BK NO. 18-04196 MJC<br><br>Chapter 13<br><br>Related to Claim No. 10-3 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 12, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lisa D. Geiling a/k/a Lisa D. Ulrey
109 South Lockwillow Avenue
Harrisburg, PA 17112

Nathan D. Ulrey
109 South Lockwillow Avenue
Harrisburg, PA 17112

Attorneys for Debtor(s) (via ECF)
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee (via ECF)
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first-class mail.

Dated: December 12, 2023

                 */s/ Michael P. Farrington*
                 Michael P. Farrington Esq.
                 Attorney I.D. 329636
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 (215) 825-6488
                 mfarrington@kmllawgroup.com